UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STONEYBROOKE INVESTORS, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-02789 |
| AGNESS MCCURRY, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on November 17, 2025. Doc. #8.[1] The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE for want of prosecution. Furthermore, Defendant's Motion to Stay (Doc. #2) is DENIED AS MOOT. The Clerk of Court is DIRECTED to close this case.

It is so ORDERED.

FEB 2 3 2026
Date

The Honorable Alfred H. Bennett
United States District Judge

---

[1] Also before the Court is Defendant's Motion for Leave to File a Notice of Non-Objection (the "Motion for Leave"). Doc. #9. The Court GRANTS the Motion for Leave (Doc. #9) and considers Defendant's Notice of Non-Objection (Doc. #10) properly filed.